*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   November 6, 2014                518431
_____

In the Matter of SEMRAU HARRIS,
                    Petitioner,

        v
                                          MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____

Calendar Date:   September 16, 2014

Before:   Peters, P.J., Lahtinen, Garry, Lynch and Clark, JJ.

                    _____

        Semrau Harris, Attica, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision which found petitioner guilty of violating
a prison disciplinary rule.

        Petitioner, a prison inmate, commenced this CPLR article 78
proceeding challenging a determination finding him guilty of
violating a prison disciplinary rule.  The Attorney General has
advised this Court that the determination has been reversed, all
references thereto have been expunged from petitioner's
institutional record and the $5 mandatory surcharge is to be
refunded to his inmate account.  Notwithstanding his request,
petitioner is not entitled to be restored to the status he
enjoyed prior to the issuance of the disciplinary determination

(see Matter of Herring v Prack, 118 AD3d 1200 [2014]; Matter of Burt v Connolly, 116 AD3d 1283 [2014]).  Accordingly, given that petitioner has received all the relief to which he is entitled, the matter must be dismissed as moot (see Matter of Scott v Fischer, 119 AD3d 1307 [2014]; Matter of Loper v Fischer, 118 AD3d 1234 [2014]).

Peters, P.J., Lahtinen, Garry, Lynch and Clark, JJ., concur.


ADJUDGED that the petition is dismissed, as moot, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court